UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SCOTT BERRINGER,<br><br>    Plaintiff,<br><br>v.<br><br>P. PAC, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00577-DAD-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>[ECF No. 4] |

Plaintiff Anthony Scott Berringer is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on April 30, 2018.

On May 3, 2018, the Court issued Findings and Recommendations recommending that this action be dismissed, without prejudice, for Plaintiff's failure to exhaust the administrative remedies. (ECF No. 3.)

Currently before the Court is Plaintiff's motion for appointment of counsel, filed May 18, 2018.

Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the Court cannot require any attorney to represent plaintiff pursuant to 28 U.S.C. § 1915(e)(1). Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298 (1989). However, in certain exceptional circumstances the Court may request the voluntary assistance of counsel pursuant to section 1915(e)(1). Rand, 113 F.3d at 1525.

1

Without a reasonable method of securing and compensating counsel, the Court will seek volunteer counsel only in the most serious and exceptional cases. In determining whether "exceptional circumstances exist, the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." Id. (internal quotation marks and citations omitted).

In the present case, the Court does not find the required exceptional circumstances. In light of the pending recommendation that this case be dismissed, without prejudice, the Court finds that Plaintiff is unable to demonstrate a likelihood of success on the merits and appointment of counsel is therefore not warranted. Accordingly, Plaintiff's motion for the appointment of counsel is HEREBY DENIED, without prejudice.

IT IS SO ORDERED.

Dated: __May 21, 2018__

UNITED STATES MAGISTRATE JUDGE